JUNE D. COLEMAN, State Bar No. 191890
jcoleman@kmtg.com
CANDICE L. FIELDS, State Bar No. 172174
cfields@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Law Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA  95814
Telephone:     (916) 321-4500
Facsimile:      (916) 321-4555

Attorneys for Defendant
CREDIT COLLECTION SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRAVIS BRANCO,<br><br>                Plaintiff,<br><br>v.<br><br>CREDIT COLLECTION SERVICES, INC.,<br><br>                Defendant. | CASE NO.  2:10-cv-01242-FCD-EFB<br><br>**ORDER GRANTING STIPULATION AND JOINT EX PARTE REQUEST TO CONTINUE TRIAL DATE AND ALL ASSOCIATED PRE-TRIAL DEADLINES ARISING THEREFROM**<br><br>**[FRCP 29]**<br><br>**Judge:    Frank C. Damrell, Jr.** |

The parties jointly stipulate and request that the Court modify its Scheduling Order. GOOD CAUSE existing, the Court orders that the Scheduling Order be modified as follows:

| | |
|---|---|
| Trial Date: | January 10, 2012 |
| Pre-Trial Conference: | November 4, 2011 @ 3:00 p.m. |
| Last Day to Hear Dispositive Motions: | August 19, 2011 |

The deadlines that arise from the Pre-Trial Conference and Trial dates, including but not limited to the dates for witness list, statement of contentions of law and fact, and the proposed pretrial conference order shall run from the new dates.

Date: July 11, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

975564.1 12428.002                                                                   - 1 -                                                 Case No. 2:10-cv-01242-FCD-EFB

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO