Sue Anne Melnick (SBN 235362)
Consumer Legal Services America
7015 Santa Fe Canyon Place
San Diego, CA  92129
858-603-7638
Attorney.clsa@gmail.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS BRANCO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CREDIT COLLECTION SERVICES, INC.,<br><br>　　　　Defendant. | Case No.: 2:10-CV-01242-MCE-EFB<br><br>**ORDER RE:  PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS**<br><br>Hon.　　　　Morrison C. England, Jr.<br>Dept.:　　　　7<br>Hearing Date:  October 20, 2011<br>Hearing Time:  2:00 p.m. |

Upon consideration of Plaintiff's Request to Appear Telephonically at the Hearing on Motion for Award of Attorneys Fees and Costs,

IT IS HEREBY ORDERED, that Plaintiff's Motion is GRANTED.

Dated:  October 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE