1  Sue Anne Melnick (SBN 235362)
   Consumer Legal Services America
2  7015 Santa Fe Canyon Place
   San Diego, CA  92129
3  858-603-7638
   Attorney.clsa@gmail.com
4  Attorneys for Plaintiff

5              IN THE UNITED STATES DISTRICT COURT,
                  EASTERN DISTRICT OF CALIFORNIA
6

7  TRAVIS BRANCO,                     )  Case No.: 2:10-CV-01242-MCE-EFB
                                      )
8                                     )  ORDER RE:  PLAINTIFF'S REQUEST
              Plaintiff,              )  TO APPEAR TELEPHONICALLY AT
                                      )  HEARING ON MOTION FOR AWARD
9       vs.                           )  OF ATTORNEYS FEES AND COSTS
                                      )
10 CREDIT COLLECTION SERVICES, INC.,  )  Hon.            Morrison C. England, Jr.
                                      )  Dept.:          7
11            Defendant.              )  Hearing Date: October 20, 2011
                                      )  Hearing Time:  2:00 p.m.
12

13

14     Upon consideration of Plaintiff's Request to Appear Telephonically at the Hearing on

15 Motion for Award of Attorneys Fees and Costs,

16     IT IS HEREBY ORDERED, that Plaintiff's Motion is GRANTED.

17 Dated:  October 14, 2011

18                                    _____
                                      MORRISON C. ENGLAND, JR
19                                    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25